IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LLOYD A. NELSON, JR.,<br><br>    Defendant. | 4:25CR3079<br><br>**CASE<br>TELEPHONE CONFERENCE<br>INSTRUCTIONS** |

To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 29th day of September, 2025.

              BY THE COURT:

              <u>s/ Jacqueline M. Deluca</u>
              United States Magistrate Judge